SHARPE *et al.* v. BELT *et al.*

GILBERT, J. L. J. Belt et al. filed a petition against Ed Burns et al., for the recovery of described land and for mesne profits in the sum of $1200 from February 18, 1917, to the end of that year. On the trial the defendants, in open court, admitted every paragraph of the peti-

tion, except "that portion of paragraph two alleging the mesne profits to be worth $500 per annum." The right to recover the land being thus admitted, the only issue remaining was as to mesne profits. The jury returned a verdict for $500 in favor of the plaintiff. The defendants filed a motion for new trial on the general grounds, to the overruling of which they except. *Held,* that the evidence authorized the verdict, and the judgment overruling the motion for new trial was not erroneous. *Judgment affirmed. All the Justices concur.*

No. 1200. JANUARY 15, 1919.

Ejectment. Before Judge Hammond. Jenkins superior court. September 9, 1918.

*A. S. Anderson,* for plaintiffs in error. *Evans & Evans,* contra.

*Judgment affirmed. All the Justices concur.*